UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOMBANA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCONIC, INC., a Corporation, ALCOA, INC., a Corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:17-CV-09145 R(ASx)<br><br>Assigned to the Hon. Manuel Real<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Order                       Case No. 2:17-CV-09145 R(AZx)

# ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED as follows:

This action shall be dismissed with prejudice, and the parties shall each pay their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE